IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN L. WIDEMAN, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> BANK OF AMERICA, N.A., and ) <br> QUALITY LOAN SERVICE CORP., ) <br> ) <br> Defendants. ) <br> _____ ) | 1:12-CV-532  AWI DLB <br><br> ORDER VACATING <br> HEARING AND TAKING <br> MATTER UNDER <br> SUBMISSION |

  Defendants have noticed for hearing and decision a motion to dismiss under Federal Rules of Civil Procedure 12(b)(6).  The matter was scheduled for hearing to be held on July 9, 2012.  Pursuant to Local Rule 230(c), Plaintiff was required to file either an opposition or a notice of non-opposition no later than June 25, 2012.  Plaintiff failed to do so.  Due to Plaintiff's failure to file a timely opposition or notice of non-opposition, he is in violation of the Local Rules.  Plaintiff is not entitled to be heard at oral argument in opposition to Defendants' motion.  See id.  The Court has reviewed Defendants' motion and the applicable law, and has determined that the motion is suitable for decision without oral argument.  See Local Rule 230(h).

  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of July 9, 2012, is VACATED, and no party shall appear at that time.  As of July 9, 2012, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   July 5, 2012                                                        _____
                                                                                           CHIEF UNITED STATES DISTRICT JUDGE