# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN L. WIDEMAN, ) | 1:12cv0532 AWI DLB |
| ) | |
| Plaintiff, ) | ORDER DENYING MOTION TO COMPEL AS MOOT |
| v. ) | (Document 10) |
| BANK OF AMERICA N.A., et al., ) | |
| Defendants. ) | |

    Plaintiff Steven L. Wideman ("Plaintiff") filed the instant fraudulent concealment action on April 6, 2012. The action concerns a mortgage obtained by Plaintiff in 2007 on real property located in Turlock, California, which is currently in the foreclosure process.

    On May 4, 2012, Plaintiff filed a motion to compel the Stanislaus County Recorders office to record a notice of lis pendens.

    On May 24, 2012, Defendant Bank of America, N.A. ("BOA") filed a motion to dismiss the action pursuant to Federal Rule of Civil Procedure 12(b)(6).

    On July 11, 2012, the Court issued an order on BOA's motion to dismiss. The Court concluded that Plaintiff's complaint did not state any viable claims and it failed to establish this Court's subject matter jurisdiction. Therefore, the Court dismissed Plaintiff's complaint with leave to amend due to Plaintiff's failure to properly allege subject matter jurisdiction and denied BOA's motion to dismiss without prejudice as moot. The Court granted Plaintiff leave to file an

1 amended complaint on or by July 26, 2012.[1]

2 As there is no cognizable action currently pending before this Court, Plaintiff's motion to
3 compel is DENIED AS MOOT.

4 IT IS SO ORDERED.

5 Dated:   July 15, 2012                           /s/ Dennis L. Beck
                                                   UNITED STATES MAGISTRATE JUDGE

---

[1] If Plaintiff fails to file an amended complaint by July 26, 2012, the Court will withdraw leave to amend and close this case due to lack of jurisdiction without further notice.

2