IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVEN L. WIDEMAN, | ) | 1:12-CV-532  AWI DLB |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER CLOSING CASE |
| | ) | |
| BANK OF AMERICA, N.A., and | ) | |
| QUALITY LOAN SERVICE CORP., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On July 11, 2012, the Court dismissed this case for lack of subject matter jurisdiction. See Doc. No. 18. The Court also identified numerous deficiencies in the complaint and found that no viable claims were stated. See id. The Court granted Plaintiffs leave to file an amended complaint and set a deadline of July 26, 2012. See id. The Court warned Plaintiffs that the failure to timely file an amended complaint would result in the withdrawal of leave to amend and the dismissal of this case due to lack of jurisdiction without further notice. See id. Despite this warning, Plaintiff has failed to file an amended complaint.

The Court takes Plaintiff's failure to comply with the July 11 order, and the failure to heed the warning regarding termination of the case, as Plaintiff's decision to discontinue prosecution of this matter. The Plaintiff's failure to file an amended complaint prevents this case from proceeding because this Court does not have subject matter jurisdiction (and the complaint contained no viable claims against any defendant), and the time to file an amended complaint has now passed. Therefore, it is appropriate to close this case.

Accordingly, IT IS HEREBY ORDERED that, due to Plaintiffs' failure to file an amended complaint as instructed, leave to amend as previously granted in the July 11, 2012 order on Defendants' motion to dismiss is WITHDRAWN, and the Clerk shall CLOSE this case due to lack of jurisdiction.

IT IS SO ORDERED.

Dated:   July 27, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE